IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| FRED MARTI; LINDA MARTI, | Civ. No. 1:21-cv-00471-AA |
|         Plaintiffs, | **OPINION & ORDER** |
|   v. | |
| U.S. PRO MOVING AND LOGISTICS, LLC; D UNITED LOGISTIC MOVING & STORAGE, INC.; JOHN DOE; JANE ROE; ATHEM CLAIM MANAGEMENT, LLC; JOSHUA I. LEWIS; SOUTHEAST HOLDING, LLC; JOE D. KLEIN; BRURIA CRURIA FARRAN-KLEIN; SOUTHEAST HOLDINGS, LLC; RUDOLPH LOGAN RICE; BERNARD M. BRICKEL, | |
|         Defendants. | |

AIKEN, District Judge.

This matter comes before the Court on a Motion to Withdraw as Representation for U.S. Pro Moving and Logistics LLC and Southeast Holding LLC filed by attorney Christopher Cauble. ECF No. 40. Plaintiffs have filed a brief opposing the motion, ECF No. 44, and the Court heard oral argument on the motion on June 5, 2023. ECF No. 48. The Motion is GRANTED.

## DISCUSSION

Under Local Rule 83-11 of the District of Oregon, an attorney may withdraw as counsel of record only with leave of the court. "In considering a motion to withdraw

from representation, courts consider a variety of factors, including: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Fed. Trade Comm'n v. Adept Mgmnt., Inc.*, Case No. 1:16-cv-00720-CL, 2017 WL 722586, at *1 (D. Or. Fed. 23, 2017).

Here, Mr. Cauble represents U.S. Pro Moving and Logistics, LLC, Southeast Holding LLC, Bernard Brickel, and Rudolph Rice. Mr. Cauble seeks to withdraw as counsel for U.S. Pro Moving and Logistics, LLC and Southeast Holding, LLC, citing a breakdown in the attorney/client relationship. Mr. Cauble will continue to represent Bernard Brickel and Rudolph Rice. The Court deferred ruling upon the motion for thirty days to allow the Defendants to seek replacement counsel, ECF No. 42, although no replacement counsel was secured. Upon consideration of the briefing, exhibits, and the arguments of the parties, the Court GRANTS the motion.

## CONCLUSION

The Motion to Withdraw, ECF No. 40, is GRANTED.

It is so ORDERED and DATED this ___13th___ day of June 2023.

                                          /s/Ann Aiken
                                          ANN AIKEN
                                          United States District Judge