**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**MEDFORD DIVISION**

**FRED MARTI** and **LINDA MARTI,**

Plaintiffs,

v. Case No. 1:21-cv-00471-AA

**U.S. PRO MOVING AND LOGISTICS, LLC;**
**SOUTHEAST HOLDING LLC**; et al.,

Defendants.

---

**DECLARATION OF THAD M. GUYER**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT SOUTHEAST HOLDING LLC**

I, Thad M. Guyer, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct.

1. I am an attorney licensed to practice law in the State of Oregon, OSB 821443, and I am counsel of record for Plaintiffs Fred Marti and Linda Marti in this action. I make this declaration from personal knowledge and from the case file maintained in my office, and I am competent to testify to the matters stated.

2. I submit this declaration to authenticate the exhibits listed below and in the attached exhibit list, and filed in support of Plaintiffs' Motion for Summary Judgment Against Defendant Southeast Holding LLC. The exhibits are identified in Plaintiffs' Exhibit List filed with the Motion, and each exhibit is filed as a separate document bearing its own cover page.

3. Each document listed on Plaintiffs' Exhibit List is a true and correct copy of the document it is described on that list to be.

4. Deposition testimony. Exhibits 1, 3, 5, 6, 7, and 10 are true and correct copies of excerpts from the transcripts of depositions taken in this action: Rudolph Logan Rice on

December 11, 2023; Charles Abrams on March 31, 2025; Daniel J. Metz on April 26, 2024; Jaime Fries on April 23, 2024; Richard King on April 23, 2024; and Bernard Brickel on February 16, 2024.

5. Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Charles Abrams taken February 7, 2025 in Office of the Attorney General, State of Florida v. Gold Standard Moving and Storage LLC, Case No. CACE-22-017919, Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

6. Each exhibit reproduces the transcript pages cited in Plaintiffs' Motion, and every page bears the reporter's transcript page numbering and running header identifying the deponent and the proceeding. The complete transcripts are in my file and will be lodged on request or on order of the Court.

7. Exhibit 9 is a true and correct copy of the officers and managing members listing for Gold Standard Moving and Storage LLC produced in this litigation and bearing production number DefProd000237.

7. Exhibits 11, 12C, 13, 14, 15, 16, 17, 19, and 21 are true and correct copies of records of the Martis' November and December 2020 interstate move that Plaintiffs provided to my office: the U.S. Pro binding moving estimate; First Tech Federal Credit Union transaction records for the charges paid to U.S. Pro; the D United bill of lading, freight bill and warehouse receipt; text messages between Linda Marti and "Barbara" of D United; the household goods descriptive inventory and photographs of the boxes, furniture and trucks; photographs of the household goods and the Sentry Valueguard 1330 safe; photographs of the delivery and the family photograph; the Riverside County Sheriff's Department contact card; and emails between U.S. Pro and Linda Marti.

8. Exhibits 20, 25, 26, 26B, and 27 are true and correct copies of records filed in or entered by the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, in Case No. CACE-22-017919: the Attorney General's complaint filed December 8, 2022; the Agreed Final Judgment as to Rudolph Logan Rice entered November 5, 2024; the Agreed Final Judgment as to the Abrams Defendants entered March 6, 2025; the Joint Motion for Entry of Consent Final Judgment, bearing the clerk's electronic certification; and the Agreed Final Judgment as to Daniel J. Metz entered November 5, 2024.

8. Public agency record. Exhibit 28 is a true and correct copy of the news release published by the Office of the Attorney General, State of Florida, dated March 21, 2025.

9. Exhibit 24 is a true and correct copy of an email dated May 1, 2026 from Andrew R. Ingalls, counsel associated with defendant Rudolph Logan Rice, which I received, stating that he is not authorized to appear for Southeast Holding LLC.

10. Exhibit A is a true and correct copy of the Joint Declaration of Fred Marti and Linda Marti in Support of Claimed Damages. Pages 1 through 7 are the declaration as submitted to the declarants for signature. Page 8 is the signature page returned by the declarants, executed by Fred Marti and Linda Marti on September 8, 2026. The declarants confirmed in writing that they made no changes to the text and authorized the correction of exhibit numbering in the body without re-execution; the only change made after signature was the substitution of the exhibit number 12C for 12 at paragraphs 4, 5, and 11, and the conforming of the exhibit range at paragraph 33, to match the exhibits as marked for filing.

11. Where an exhibit consists of excerpts rather than a complete document, the excerpting was done at my direction, and no page of any exhibit has been altered.

Executed on September 11, 2026 at Medford, Oregon.

*/s/ Thad M. Guyer*

Thad M. Guyer, OSB 821443
T.M. Guyer and Ayers & Friends, PC
116 Mistletoe Street, Medford, OR 97501
Telephone: (202) 227-3590 | thad@guyerayers.com

Attorneys for Plaintiffs

## PLAINTIFFS' EXHIBIT LIST

| Exhibit No. | Date | Description |
|---|---|---|
| Ex. 1 | 12/11/2023 | Rice deposition excerpts |
| Ex. 2 | 02/07/2025 | Abrams deposition I |
| Ex. 3 | 03/31/2025 | Abrams deposition II |
| Ex. 5 | 04/26/2024 | Metz deposition excerpts |
| Ex. 6 | 04/23/2024 | Fries deposition excerpts |
| Ex. 7 | 04/23/2024 | King deposition excerpts |
| Ex. 9 | 02/07/2025 | Gold Standard officer listing |
| Ex. 10 | 02/16/2024 | Brickel deposition excerpts |
| Ex. 11 | 10/19/2020 | US Pro Binding Estimate |
| Ex. 12C | 10/19/2020 | Bank Records-US Pro Charges |
| Ex. 13 | 11/26/2020 | D United Bill of Lading |
| Ex. 14 | 11/28/2020 | Texts-Linda Marti/Barbara |
| Ex. 15 | 11/25–26/2020 | Household goods inventory and photos |
| Ex. 16 | 2020 | Household goods and safe |
| Ex. 17 | Various | Delivery and family photos |
| Ex. 19 | 12/19/2020 | Riverside Co Sheriff Card |
| Ex. 20 | 2022 | Florida AG complaint |
| Ex. 21 | 11/17/2020 | US Pro/Linda Marti emails |
| Ex. 24 | 05/01/2026 | Ingalls email, SE Holding |
| Ex. 25 | 11/05/2024 | FL AG judgment, Rice |
| Ex. 26 | 03/06/2025 | FL AG judgment, Abrams |
| Ex. 26B | 02/27/2025 | FL AG joint motion, Abrams |
| Ex. 27 | 11/05/2024 | FL AG judgment, Metz |
| Ex. 28 | 03/21/2025 | FL AG press release |
| Ex. A | 09/08/2026 | Marti joint declaration |